UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF

MDL No. 2100

------------------------------------------------------------

**This Document Relates to:**

**Judge David R. Herndon**

*Tonya Withrow v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 3:12-cv-11213-DRH-PMF

*Kim Goldstein v. Bayer HealthCare Pharmaceuticals Inc, et al.* No. 3:13-cv-10738-DRH-PMF

*Rebecca Edward v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 3:14-cv-10064-DRH-PMF

**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE**

**HERNDON, District Judge:**

This matter is before the Court on Defendant's (Bayer HealthCare Pharmaceuticals Inc.) motions for an order dismissing the above captioned plaintiffs' claims without prejudice for failure to file an appearance as required by this Court's Order and Local Rule 83.1(g)(2).

In each of the above captioned cases, the Court granted a motion to withdraw filed by counsel. The orders granting leave to withdraw expressly provided that if the subject plaintiff (or her new counsel) failed to file a timely

supplementary entry of appearance, the action would be subject to dismissal without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with the orders of this Court. To date, and in violation of this Court's orders and Local Rule 83.1(g), the above captioned plaintiffs have not filed a supplementary appearance. In addition, the above captioned plaintiffs have not responded to the pending motions to dismiss.

The plaintiffs must comply with the Local Rules and this Court's orders. Fed. R. Civ. P. 41(b). Accordingly, for the reasons stated herein, the claims of the above captioned plaintiffs are hereby **DISMISSED** without prejudice. **FURTHER**, the Court directs the Clerk to terminate the above captioned actions from the Court's docket.

**IT IS SO ORDERED.**

Signed this 12th day of January, 2017

Digitally signed by Judge David R. Herndon
Date: 2017.01.12 16:03:33 -06'00'

**United States District Judge**